UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEX MARTINEZ,<br><br>    Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY,<br><br>    Defendant(s). | Case No. 2:14-cv-02135-RFB-NJK<br><br>ORDER |

  This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 13. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See* Docket No. 13 at 3-4. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

. . .

. . .

. . .

. . .

. . .

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby **ORDERS** attorneys M. Lani Esteban-Trinidad and Cayla Witty to file certifications with the Court no later than March 17, 2015, indicating that they have read and comprehend Local Rule 26-4. Counsel are advised that similar violations in the future may result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: March 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge