1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  CAYLA WITTY
   Nevada Bar No. 12897
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   702.893.3383
5  FAX: 702.893.3789
          Attorneys for Defendant
6         Clark County

7
                    **UNITED STATES DISTRICT COURT**
8
                   **DISTRICT OF NEVADA, SOUTHERN DIVISION**
9
                                   ***
10
   ALEX MARTINEZ,                    | CASE NO. 2:14-cv-2135-RFB-NJK
11
              Plaintiff,             | **STIPULATION TO CONTINUE EARLY**
12                                   | **NEUTRAL EVALUATION PURSUANT**
        vs.                          | **TO LOCAL RULE 16-6(d)**
13
   CLARK COUNTY,                     | **(FIRST REQUEST)**
14
              Defendants.
15

16      COMES NOW the parties, by and through their undersigned counsel, pursuant to Local

17 Rule 16-6(d) hereby agree and stipulate as follows:

18      The parties seek to continue the Early Neutral Evaluation of the above-entitled matter set

19 for April 22, 2015. The parties seek this continuance as counsel for Defendant Clark County has

20 had a family emergency, and will be out of the state for a period of time.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

4850-5771-6259.1

1    It is therefore requested that this Court continue the Early Neutral Evaluation to the earliest
2 date after May 4, 2015 that is convenient to the Court.

3 DATED this 20th day of April, 2015.

4 LEWIS, BRISBOIS, BISGAARD & SMITH

5 /s/ Cayla Witty

6 _____
Robert W. Freeman, Esq.
7 Nevada Bar No. 3062
Cayla Witty, Esq.
8 Nevada Bar No. 12897
6385 S. Rainbow Boulevard, Suite 600
9 Las Vegas, Nevada 89118
10 Attorneys for Defendant Clark County

11

12 DATED this 20th day of April, 2015.

13 M. LANI ESTEBAN-TRINIDAD

14 /s/ M. Lani Esteban-Trinidad
_____
15 M. Lani Esteban-Trinidad
Nevada Bar No.
16 4315 N. Rancho Drive, Suite 110
Las Vegas, Nevada 89130
17 *Attorney for Plaintiff*

### ORDER

IT IS SO ORDERED.

DATED this 21st day of April, 2015.

U.S. MAGISTRATE JUDGE