ROBERT W. FREEMAN
Nevada Bar No. 3062
CAYLA WITTY
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendant
    Clark County

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| ALEX MARTINEZ, | CASE NO. 2:14-cv-2135-RFB-NJK |
|---|---|
| Plaintiff, | |
| vs. | |
| CLARK COUNTY, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

…

…

…

…

…

…

…

…

4834-7077-7637.1

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this <u>30th</u> day of July, 2015.

LEWIS, BRISBOIS, BISGAARD & SMITH

/s/ Cayla Witty

_____
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Cayla Witty, Esq.
Nevada Bar No. 12897
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant Clark County

DATED this <u>30th</u> day of July, 2015.

M. LANI ESTEBAN-TRINIDAD

/s/ M. Lani Esteban-Trinidad
_____
M. Lani Esteban-Trinidad
Nevada Bar No.
4315 N. Rancho Drive, Suite 110
Las Vegas, Nevada 89130
*Attorney for Plaintiff*

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 3rd day of August, 2015

4834-7077-7637.1

2